UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                                      Case No. 2:15-mj-10

JOSE GERARDO CAMPOS-GARIBAY                HON. TIMOTHY P. GREELEY

    Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 2, 2015, for an initial appearance on a complaint alleging Illegal Entry After Deportation in violation of 8 U.S.C. § 1326(a) and (b)(1).  At the hearing, the court was informed by the government that an immigration detainer had been placed on the defendant and that he was not eligible for bond at this time.  Accordingly, the defendant will be detained pending further proceedings and defendant will reserve the right to request a detention hearing should the detainer be removed.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

        IT IS SO ORDERED.

                                      /s/ Timothy P. Greeley
                                      TIMOTHY P. GREELEY
                                      UNITED STATES MAGISTRATE JUDGE

Dated: March 3, 2015